HABEAS CORPUS AD PROSEQUENDUM

# UNITED STATES DISTRICT COURT
# FOR THE
# WESTERN DISTRICT OF LOUISIANA

TO: ANY U.S. MARSHAL OR ONE OF HIS AUTHORIZED DEPUTIES AND Warden, Evangeline Parish Jail, Ville Platte, LA or one of his authorized Deputies

**YOU ARE HEREBY COMMANDED**, to produce the body of **PAUL SMITH (SSI #: XXX-XX-5151)** as it is said, in the attached petition and order for *Writ of Habeas Corpus Ad Prosequendum*, **in the City of Lafayette immediately** to meet with counsel, or pretrial services interview and to answer the charges listed in the attached petition, of the United States District Court, Western District of Louisiana

WITNESS the Honorable C. Michael Hill, Magistrate Judge, United States District Court, at Lafayette, LA, this 27th day of April, 2005 A.D.

ROBERT H. SHEMWELL, CLERK

BY *[signature]*
Deputy Clerk

USA vs. Paul Smith
05-60004-01

ATTEST A TRUE COPY
ROBERT H. SHEMWELL, CLERK
USDC, WESTERN DISTRICT OF LA.
BY *[signature]*
DATE 4-27-05